[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 25, 2007
THOMAS K. KAHN
CLERK

_____

No. 07-11152
Non-Argument Calendar

_____

D. C. Docket No. 06-00127-CR-3-MCR

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

BRIGIDO GUZMAN-VARGAS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

**(July 25, 2007)**

Before BLACK, HULL and MARCUS, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for Brigido Guzman-Vargas ("Guzman")

in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Guzman's conviction and sentence is **AFFIRMED**.